(March 18, 1938.)

In the Matter of the Application of the Board of Transportation of the City of New York for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad or Railroads for the Conveyance and Transportation of Persons and Property as Determined by the Board of Transportation Ought to Be Constructed and Operated. Fulton Street, Pennsylvania Avenue, Pitkin Avenue and Linden Boulevard Route, Eastern Parkway to 106th Street. (Route No. 110-B.) — Application granted. Order signed.    Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

Harold J. Lofthouse and Robert F. Perine, Doing Business under the Firm Name and Style of H. J. Lofthouse & Co., Respondents, v. Ralph A. Dalto, Lena E. Dalto and Ralen Corporation, Appellants.— In view of the decision on the appeal (post, p. 578), decided herewith, the motion to dismiss the appeal is dismissed.    Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

Matilda Burton and Shirley Hillman, Appellants, v. Samuel Ginsberg, Respondent. Samuel Ginsberg and Mary Ginsberg, Plaintiffs, v. Murray B. Hillman and Shirley Hillman, Defendants.— Order in so far as appealed from, granting the motion of defendant Samuel Ginsberg to consolidate the Kings county action with the Columbia county action and changing the place of trial of the consolidated action to Columbia county, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

Commissioner of Public Welfare of the City of New York, on Complaint of Ray Brigante, Respondent, v. Tony De Simone, Appellant.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, in a filiation proceeding, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

Morris Cooper, Respondent, v. Barney I. Cohen, Benjamin Ribakove and Arlington State Paper Box Co., Inc., Appellants.— Appeal from that part of an order for an examination before trial which permits an examination as to certain items, and for discovery and inspection. Order affirmed, with ten dollars costs and disbursements; the examination and discovery to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.